UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GRISELDA BIELINSKI and MARIO PARDO,

               Plaintiffs,

      -against-

HOTEL PIERRE

               Defendants.

------------------------------------------------------------x

Civil Action No.:
07 Civ. 11636 (SS)

RULE 7.1
DISCLOSURE
STATEMENT

     PURSUANT TO Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, **IHMS, LLC, d/b/a The Pierre, incorrectly named as HOTEL PIERRE,** represents that it has no corporate parents, subsidiaries or affiliates which are publicly held, except IHCL, Ltd., which is publicly traded on the London and Mombai Exchanges.

Dated: New York, New York
       January 24, 2008

                                   KANE KESSLER, P.C.
                                   Attorneys for Defendant.
                                   IHMS, LLC, d/b/a The Pierre

                                   By: _____
                                        Judith A. Stoll (JAS-9896)
                                   1350 Avenue of the Americas
                                   New York, New York 10019-4896
                                   (212) 519-5165
                                   jstoll@kanekessler.com

#279821.1