UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    X
------------------------------------------------------------

Bielinski

v.

Hotel Pierre

                                                 X
------------------------------------------------------------

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 2/26/08*

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 11636 (SAS)( )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*
     _____
     _____

     If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___  Settlement*

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
     Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)
     Particular Motion:_____
     _____
     All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
          Feb 25, 2008

          late April or early May

                                          _____
                                          United States District Judge

                                          Thank!