UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X

GRISELDA BIELINSKI and
MARIO PARDO
         Plaintiff,

- against -

HOTEL PIERRE
         Defendant(s).

--------------------------------------X

**SCHEDULING ORDER**

07 Civ. 11636 (SAS)

Conference Date:

SHIRA A. SCHEINDLIN, U.S.D.J.:

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on _____ (the "Order); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1) the date of the conference and the appearances for the parties; *2/25/08 — ARTHUR SCHWARTZ for plaintiff, JUDITH A. STOLL for defendant*

(2) a concise statement of the issues as they then appear; *whether the denial of a promotion was discriminatory on the basis of age and/or gender*

(3) a schedule including:

    (a) the names of persons to be deposed and a schedule of planned depositions;
        *

    (b) a schedule for the production of documents; *4/1/08*

    (c) dates by which (i) each expert's reports will be supplied to the adverse side and *N/A*
    (ii) each expert's deposition will be completed; *N/A*

    (d) time when discovery is to be completed; *5/31/08*

* GRISELDA BIELINSKI 4/21    BILL SPINNER 4/28
MARIO PARDO 4/22    CHRISTOPHER EDMONDS 4/29
JAY LAUT 4/28    HEIKO KUENSTLE 4/29
YVONNE MANCINI 4/28    JOE SALMIERI 4/29

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

6/30/08

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

7/31/08

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

June 2 at 4:30 _____ (leave blank)

(4) ~~a statement of any~~ limitations to be placed on discovery, including any protective or confidentiality orders; None presently known

(5) ~~a statement of those~~ discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

N/A

(6) anticipated fields of expert testimony, if any;

N/A

(7) anticipated length of trial and whether to court or jury;

2 DAYS / JURY

(8) ~~a statement that~~ The Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

ARTHUR Z. SCHWARTZ,
SCHWARTZ, LICHTEN & BRIGHT, PC, Attorneys for plaintiffs
275 SEVENTH AVE, 17TH fl.
NEW YORK, NY. 10001
(212) 228-6320

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.
2/25/08

JUDITH A. STOLL
KANE KESSLER, P C
Attorneys for Defendant
1350 AVE of the Americas
NEW YORK, NY 10019
(212) 519-5165

Judith A. Stoll