UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

GRISELDA BIELINSKI and MARIO PARDO,  :   07 Civ. 11636 (SS, JCF)

                  Plaintiff,  :   **NOTICE OF MOTION FOR**
                                                                             **SUMMARY JUDGMENT**

       -against-  :

PIERRE HOTEL,  :

                  Defendant.  :

------------------------------------------------x

      **PLEASE TAKE NOTICE** that upon the annexed affidavit of Yvonne Mancini, sworn to on July 16, 2008 and the exhibits annexed thereto, the affidavit of Heiko Kuenstle, sworn to on July 16, 2008 and the exhibit annexed thereto, the Statement of Uncontested Facts pursuant to Rule 56.1 of the Local Rules of the United States District Court for the Southern District of New York dated July 18, 2008, and upon all the other papers and pleadings heretofore filed, the undersigned will move this Court for an Order pursuant to Rule 56(c) of the Federal Rules of Civil Procedure granting Summary Judgment to IHMS, LLC, d/b/a The Pierre, and dismissing the Complaint in its entirety or for such other and further relief as this Court deems to be just, proper and equitable.

Dated: New York, New York
       July 18, 2008

                    **KANE KESSLER, P.C.**
                    Attorneys for Defendant,
                    IHMS, LLC, d/b/a The Pierre

                    By: _/s/ Judith A. Stoll_
                    Judith A. Stoll (JAS-9896))
                    1350 Avenue of the Americas
                    New York, N.Y. 10019
                    (212) 519-5165

TO:   Arthur Schwartz, Esq.
        Schwartz, Lichten & Bright
        275 Seventh Avenue
        New York, New York 10001
        (212) 228-6320

## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

I, Cara M. Brownell, being duly sworn, say:

I am not a party to the within action, am over 18 years of age, and reside in Brooklyn, New York.

On July 18, 2008, I served the within:

**NOTICE OF MOTION FOR SUMMARY JUDGMENT and
AFFIDAVITS OF YVONNE MANCINI and HEIKO KUENSTLE**

by delivering a true copy thereof by Federal Express Mail, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of Fedex to the following:

Arthur Schwartz, Esq.
Schwartz, Lichten & Bright
275 Seventh Avenue
New York, New York 10001

_____
**Cara M. Brownell**

Sworn to before me this
18th day of July, 2008

_____
Notary Public

JUDITH A. STOLL
NOTARY PUBLIC, State of New York
No. 01ST4655884
Qualified in New York County
Commission Expires Dec. 31, 2009

#294296.1                         3