## KANE KESSLER, P.C.

1350 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-4896
(212) 541-6222
FAX: (212) 245-3009
WWW.KANEKESSLER.COM

NEW JERSEY OFFICE
CONTINENTAL PLAZA
433 HACKENSACK AVENUE
HACKENSACK, N.J. 07601-6319
(201) 487-2828
FAX: (201) 487-3778

WRITER'S DIRECT NUMBER

(212) 519-5165
jstoll@kanekessler.com

THOMAS A. KANE (1926-1977)
SIDNEY S. KESSLER (1938-1988)

DARREN S. BERGER†
ADAM M. COHEN
STEVEN E. COHEN
JEFFREY H. DAICHMAN
ERIC P. GONCHAR
ARIS HAIGIAN
MITCHELL D. HOLLANDER†
S. REID KAHN**
ROBERT L. LAWRENCE
RONALD L. NURNBERG*
ARTHUR M. ROSENBERG†
DAVID R. ROTHFELD
JUDITH A. STOLL
DANA M. SUSMAN†
JEFFREY S. TULLMAN

JOSEPH NURNBERG (RETIRED)

ALSO ADMITTED
FLA. BAR*
N.J. BAR†
N.J. AND D.C. BAR**

STEPHEN STEINBRECHER
SENIOR COUNSEL

TARAS G. BORKOWSKY
PETER R. HERMAN
ROBERT KOLODNEY
ROBERT L. SACKS
BRUCE M. SCHLOSS
PAUL E. SZABO
COUNSEL

MICHAEL A. ZIMMERMAN
OF COUNSEL

GARY E. CONSTABLE†
LAUREN M.K. DAYTON
PIERRE E. DEBBAS
NIKI J. FRANZITTA
ARI M. GAMSS
BRENDAN P. McFEELY
ETHAN O. NOTKIN
GARY E. OSTROFF
TORAL PATEL
MICHAEL J. ROMER
GERARD SCHIANO-STRAIN
ADAM E. SCHWARTZ‡
ALEXANDER SORIC
LOIS M. TRAUB
REGINA Y. USVJAT
JOSEPH J. VENTIMIGLIA
SARAH GAWANY YOUSUF
JONATHAN A. ZALKIN

August 18, 2008



By fax and mail: (212) 805-7920
Hon. Shira A. Scheindlin
United States District Judge
United States District Court for the
    Southern District of New York
500 pearl Street
New York, N.Y. 10007



    Re:    Bielinski and Pardo v. Pierre Hotel
            07 Civ. 11636 (SAS)

Dear Judge Scheindlin:

    I am in receipt of a letter to you from plaintiffs' attorney, Arthur Schwartz, Esq., dated August 15, 2008, a copy of which was faxed to me at 5:35 P.M. on that date. I did not receive a copy of the fax until this morning. I want to correct the misleading statement in that letter, claiming I would not object to an extension of time from August 15 until September 26, 2008 for plaintiffs to file their opposition papers.

    Mr. Schwartz called me shortly before 5:00 P.M. on August 15, to tell me that he would be unable to submit his papers on time and required an extension. I told him that I could not give my consent and that he would have to ask Your Honor's permission for an extension. I asked him how much time he needed and he told me that he would be out of town for three (3) weeks. He led me to believe his intention was to seek a three-week extension. I expressed the opinion that that was too long an extension and did not think Your Honor would grant it. I expressed my displeasure that he was seeking an extension and at the last minute request, but I did tell him that I did not want to be discourteous to a colleague and would not oppose a request for a reasonable extension, if he really needed it.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

KANE KESSLER, P.C.

    I was surprised this morning when I saw Mr. Schwartz's request for a <u>six-week</u> extension of time. While I can understand that unexpected events can occur which place attorneys in a difficult position, Mr. Schwartz has known for more than two (2) months that opposition papers were due on August 15th, must have known before 5:00 P.M. that day that he could not submit his papers on time, and – quite frankly – should have made more of an effort to meet the Court's deadline.

    Although I would have given Mr. Schwartz the courtesy of not opposing a brief and reasonable extension of time upon a showing of extraordinary circumstances, I find that I must protest his request for this unreasonably lengthy and, it appears to me, unjustified extension.

                               Very truly yours,

                                 Judith A. Stoll

JAS: cmb
cc: Arthur Schwartz, Esq.
     Yvonne Mancini

*[Handwritten order:]* Plaintiff's time to submit his opposition papers is extended to September 5, 2008. No further extensions will be granted for any reasons.

Dated: New York, New York
       August 18, 2008

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.