# KANE KESSLER, P.C.

1350 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-4896
(212) 541-6222
FAX: (212) 245-3009
WWW.KANEKESSLER.COM

NEW JERSEY OFFICE
CONTINENTAL PLAZA
433 HACKENSACK AVENUE
HACKENSACK, N.J. 07601-6319
(201) 457-2828
FAX: (201) 457-3770

WRITER'S DIRECT NUMBER

(212) 519-5165
jstoll@kanekessler.com

THOMAS A. KANE (1928-1977)
SIDNEY B. KESSLER (1935-1986)

DARREN S. BERGER†
ADAM M. COHEN
STEVEN I. COHEN
JEFFREY H. DAICHMAN
ERIC P. GONCHAR
ARIS HAIGIAN
MITCHELL D. HOLLANDER†
S. REID KAHN**
ROBERT L. LAWRENCE
RONALD L. NURNBERG*
ARTHUR M. ROSENBERG†
DAVID R. ROTHFELD
JUDITH A. STOLL
DANA M. SUSMAN†
JEFFREY S. TULLMAN

JOSEPH NURNBERG (RETIRED)

ALSO ADMITTED
FLA. BAR*
N.J. BAR†
N.J. AND D.C. BAR**

STEPHEN STEINBRECHER
SENIOR COUNSEL

TARAS G. BORKOWSKY
PETER R. HERMAN
ROBERT KOLODNEY
ROBERT L. SACKS
BRUCE M. SCHLOSS
PAUL E. SZABO
COUNSEL

MICHAEL A. ZIMMERMAN
OF COUNSEL

GARY E. CONSTABLE†
LAUREN M.K. DAYTON
PIERRE E. DEBBAS
NIKI J. FRANZITTA
ARI M. GAMSS
BRENDAN P. McFEELY
ETHAN O. NOTKIN
GARY E. OSTROFF
TORAL PATEL
MICHAEL J. ROMER
GERARD SCHIANO-STRAIN
ADAM E. SCHWARTZ†
ALEXANDER SORIC
LOIS M. TRAUB
REGINA Y. USVYAT
JOSEPH J. VENTIMIGLIA
SARAH BAWANY YOUSUF
JONATHAN A. ZALKIN

By fax and mail (212) 806-7920
Hon. Shira A. Scheindlin
United States District Judge
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, N.Y. 100007

[STAMP: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/19/08]

  Re:  Bielinski and Pardo v. Pierre Hotel
       07 Civ. 11636 (SAS)

Dear Judge Scheindlin:

I have received electronic notification of your Endorsed Order extending plaintiffs' time to file their opposition to the Motion for Summary Judgment until September 5, 2008.

Defendant's time to file its Reply was originally scheduled for August 29, 2008, two (2) weeks after plaintiffs' opposition papers were due. Although not stated in your order, I assume the date for the Reply is likewise extended until two (2) weeks after the opposition papers are due, or September 19, 2008.

Thank you for your attention.

Very truly yours,

Judith A. Stoll

JAS:cmb
cc: Arthur Schwartz, Esq.
    Yvonne Mancin

*[Handwritten endorsement]:* Defendant's reply papers are due on September 19, 2008.

SO ORDERED:

[signature]
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
       August 19, 2008