UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

GRISELDA BIELINSKI and MARIO PARDO,

                              Plaintiffs,                07 Civ. 11636 (SS)(JCF)

               - against -                DECLARATION OF
                                                ARTHUR Z. SCHWARTZ

HOTEL PIERRE,

                              Defendant.

---------------------------------------------------------------------- x

        Arthur Z. Schwartz declares, under penalty of perjury, as follows:

      1.      Annexed as Exhibit A is a portion of the deposition of Jack Racic.

      2.      Annexed as Exhibit B is a portion of the deposition of Jay Laut.

      3.      Annexed as Exhibit C is Christian Hammerich's notes of his interview with

Griselda Bielinski.

      4.      Annexed as Exhibit D are excerpts from the deposition of Heiko Kuenstle.

      5.      Annexed as Exhibit E are excerpts from the deposition of Christopher Edmonds.

Dated: New York, New York
       September 8, 2008

                                         Arthur Z. Schwartz

# EXHIBIT A

Page 1

```
 1
 2  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 3  --------------------------------X
 4  GRISELDA BIELINSKI and
    MARIO PARDO,
 5
             Plaintiffs,
 6
         vs.                    Case No.
 7                              07CV11636
 8  HOTEL PIERRE,
 9          Defendant.
10  --------------------------------X
11
12
13       DEPOSITION OF JACK RACIC
14         New York, New York
15        Thursday, July 3, 2008
16
17
18
19
20
21
22
23  Reported by:
24  JOAN WARNOCK
25  JOB NO. 204126a
```

**Jack Racic**

Page 2

```
 1
 2
 3
 4                 July 3, 2008
 5                 10:10 a.m.
 6
 7        Deposition of JACK RACIC, held at
 8   the offices of Schwartz, Lichten &
 9   Bright, 275 Seventh Avenue, New York,
10   New York, before Joan Warnock, a Notary
11   Public of the State of New York.
12
13
14
15
16
17
18
19                 .
20
21
22
23
24
25
```

Page 3

```
 1
 2 A P P E A R A N C E S:
 3
 4      SCHWARTZ, LICHTEN & BRIGHT, P.C.
 5      Attorneys for Plaintiffs
 6          275 Seventh Avenue, 17th Floor
 7          New York, New York  10001
 8      BY:  ARTHUR Z. SCHWARTZ, ESQ.
 9
10      KANE KESSLER, P.C.
11      Attorneys for Defendant
12          1350 Avenue of the Americas
13          New York, New York  10019
14      BY:  JUDITH A. STOLL, ESQ.
15
16 ALSO PRESENT:
17      GRISELDA BIELINSKI
18      MARIO PARDO
19      YVONNE MANCINI, HOTEL PIERRE
20      ZENELKY ORTIZ, HOTEL PIERRE
21
22
23
24
25
```

Page 4

```
 1                 J. Racic
 2 J A C K   R A C I C, called as a witness,
 3     having been duly sworn by a Notary
 4     Public, was examined and testified
 5     as follows:
 6          COURT REPORTER:  Please state your
 7     full name and address for the record.
 8          THE WITNESS:  My name is Jack.
 9     Last name is Racic.  Telephone number is
10     1-718-767-2505.  143-73 Tenth Avenue,
11     Whitestone, New York  11357.
12 EXAMINATION BY
13 MR. SCHWARTZ:
14     Q.   Mr. Racic, you're here pursuant to
15 a subpoena; is that correct?
16     A.   Yes.
17     Q.   Do you have counsel here, or you're
18 here without an attorney?
19     A.   (Indicating).
20     Q.   No attorney?  You have to say
21 things, because she has to --
22     A.   No.
23     Q.   -- take it down.
24     A.   No.
25     Q.   What is your present employment?
```

Page 5

```
 1                 J. Racic
 2     A.   I'm a banquet captain supervisor in
 3 banquet in Hotel Pierre.
 4     Q.   At where?
 5     A.   Hotel Pierre.
 6     Q.   And how long have you been a
 7 banquet captain?
 8     A.   About fourteen years.  No, go
 9 ahead.
10     Q.   Go ahead.
11     A.   No.
12     Q.   And before that were you employed
13 at the Pierre?
14     A.   Yeah, of course.
15     Q.   As what?
16     A.   As a waiter, banquet waiter.
17     Q.   And how long were you a banquet
18 waiter before that, about?
19     A.   32 years, so you figure out what --
20     Q.   You've been there 32 years total?
21     A.   Yeah.
22     Q.   As either a banquet waiter or as a
23 captain?
24     A.   That's correct.
25     Q.   Now, you used the word "banquet
```

2 (Pages 2 to 5)

**Jack Racic**

Page 6

1        J. Racic
2 captain supervisor." What do you mean by
3 supervisor?
4     A.   I'm supposed to supervise the food
5 and the waiters.
6     Q.   You supervise the waiters?
7     A.   And food and everything what's
8 going on in the functions.
9     Q.   What does a banquet captain do?
10    A.   When we come, we start the
11 function. We make the diagrams. We meet the
12 people in charge. We go how the function is
13 going to proceed, and then the timing of the
14 function. Each function is different and how
15 fast they want to go, how slow they want to
16 go, how they want us to serve the food and
17 whatever is there. Whatever -- we are there
18 from morning to next -- to night whatever
19 they need, they've got there.
20    Q.   And how do you interact with the
21 waiters?
22    A.   I interact like --
23    Q.   What's your job vis-a-vis the
24 waiters?
25    A.   My job is to instruct the waiter

Page 7

1        J. Racic
2 what they're supposed to do. They all know
3 that.
4     Q.   Which tables to --
5     A.   Yeah.
6     Q.   -- wait on?
7     A.   Where they assigned. That's
8 everybody got a diagram. That's
9 automatically we do that.
10    Q.   So the banquet captains make the
11 assignments?
12    A.   Yes. For lunch. And 99 percent we
13 do for dinner. Sometimes the head waiter,
14 Chris.
15    Q.   And what are the kinds of
16 assignments that waiters can get from a
17 banquet captain?
18    A.   It's in the rotation whatever is,
19 you know. They have their own rotation and
20 we do -- we know their rotation, because I
21 was a waiter, so I know. They have a
22 rotation, and we know their rotation and they
23 know, so that's how we do it.
24    Q.   The rotation is who works on which
25 day?

Page 8

1        J. Racic
2     A.   No.
3     Q.   Or they rotate the jobs within --
4     A.   Just the tables, assignment for
5 that particular function. We do not book the
6 waiters. They have their own secretary who
7 book them.
8     Q.   So you don't decide which waiters
9 work --
10    A.   No. No.
11    Q.   Once the waiters --
12    A.   No.
13    Q.   Once the waiters are assigned, then
14 you give them a location to work in the
15 event?
16    A.   Yes.
17    Q.   Since you became a captain, how
18 many other captains have been promoted to
19 that position after you?
20    A.   One, two, Eddie Lezcano.
21    Q.   You can say it. The first is what,
22 Eddie Lavano?
23    A.   After me you mean?
24    Q.   Yes, after you.
25    A.   Eddie Lezcano. And who else.

Page 9

1        J. Racic
2 Nick. He retired. Nick. Nick Costantelli.
3 And I believe Nick Costantelli and now Jay
4 Laut. Three.
5     Q.   Laut was the third one?
6     A.   Yeah.
7     Q.   Last year in February the hotel
8 announced an opening for captain. How did
9 you find out about it?
10    A.   I think they post in cafeteria.
11    Q.   And that was the first you heard
12 about it?
13    A.   Yes.
14    Q.   After you heard about it, did you
15 have any conversations with anybody above you
16 in the hotel management about your ideas
17 about who --
18    A.   No.
19    Q.   -- should get the job?
20    A.   No.
21    Q.   Not a single conversation?
22    A.   No.
23    Q.   Did you talk to any of the other
24 captains about who you thought should get the
25 job?

3 (Pages 6 to 9)

# EXHIBIT B

Page 1

1

2 UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

3 --------------------------------X

4 GRISELDA BIELINSKI and

MARIO PARDO,

5

            Plaintiffs,

6

       vs.           Case No.

7                 07CV11636

8 HOTEL PIERRE,

9        Defendant.

10 --------------------------------X

11

12

13        DEPOSITION OF JAY LAUT

14         New York, New York

15       Thursday, July 3, 2008

16

17

18

19

20

21

22

23 Reported by:

24 JOAN WARNOCK

25 JOB NO. 204126B

Jay Laut

Page 2

```
 1
 2
 3
 4
 5              July 3, 2008
 6              10:35 a.m.
 7
 8         Deposition of JAY LAUT, held at the
 9    offices of Schwartz, Lichten & Bright,
10    P.C., 275 Seventh Avenue, New York,
11    New York, before Joan Warnock, a Notary
12    Public of the State of New York.
13
14
15
16
17
18
19                        .
20
21
22
23
24
25
```

Page 3

```
 1
 2 A P P E A R A N C E S:
 3
 4    SCHWARTZ, LICHTEN & BRIGHT, P.C.
 5    Attorneys for Plaintiffs
 6         275 Seventh Avenue, 17th Floor
 7         New York, New York  10001
 8    BY:  ARTHUR Z. SCHWARTZ, ESQ.
 9
10    KANE KESSLER, P.C.
11    Attorneys for Defendant
12         1350 Avenue of the Americas
13         New York, New York  10019
14    BY:  JUDITH A. STOLL, ESQ.
15
16
17 ALSO PRESENT:
18    GRISELDA BIELINSKI
19    MARIO PARDO
20    YVONNE MANCINI, HOTEL PIERRE
21    ZENELKY ORTIZ, HOTEL PIERRE
22
23
24
25
```

Page 4

```
 1              J. Laut
 2 J A Y  L A U T, called as a witness,
 3    having been duly sworn by a Notary
 4    Public, was examined and testified
 5    as follows:
 6         COURT REPORTER:  Please state your
 7    name and address for the record.
 8         THE WITNESS:  Jay Laut, 60-10 83rd
 9    Street, Middle Village, New York  11379.
10 EXAMINATION BY
11 MR. SCHWARTZ:
12    Q.   You're here pursuant to a subpoena;
13 is that correct?
14    A.   Yes, sir.
15    Q.   My name is Arthur Schwartz, and I
16 represent Ms. Bielinski and Mr. Pardo.  This
17 is Ms. Stoll, who you may know, she
18 represents the hotel.  And I'm going to have
19 a few questions to ask you.  If you don't
20 understand the questions, ask me to clarify.
21 I rather you be clear on what I'm asking you
22 and not guess.  Okay?
23    A.   Sure.
24    Q.   How long have you been working for
25 the Hotel Pierre in any capacity?
```

Page 5

```
 1              J. Laut
 2    A.   Since 1998.
 3    Q.   And when you started working for
 4 them in '98 in what capacity were you
 5 working?
 6    A.   I was in the banquet B list.
 7    Q.   On the B list?
 8    A.   Yes.
 9    Q.   And what did it mean to be on the B
10 list?
11    A.   That's the part-time.
12    Q.   And part-time, what did it mean by
13 part-time?  Part of a day, only a few days a
14 week?  What did part-time mean?
15    A.   When they exhaust the full-time,
16 that's when they call the part-time.  So it
17 could be two days a week, it could be five
18 days a week, depending on the functions, the
19 capacity of the functions.
20    Q.   For how many years were you a
21 B-list waiter?
22    A.   Until 2005.
23    Q.   Until 2005.  Between '98 and 2005,
24 about how many days a week would you say you
25 wound up working at the Pierre?
```

2 (Pages 2 to 5)

Page 6

1          J. Laut
2    A.   (Indicating).
3    Q.   Once a week, twice a week?
4    A.   More than -- more than twice a
5 week.
6    Q.   More than twice a week.  Less than
7 three times a week?
8    A.   We don't know.  I don't know.
9    Q.   You don't remember?
10   A.   No.  You don't know.  We don't
11 know.  We only get called when it's --
12   Q.   I'm asking looking back.
13   A.   Okay.  We only get called when --
14   Q.   How often did you get called in?
15   A.   On average the whole year?
16   Q.   On average, yes.
17   A.   On average, maybe three times a
18 week.
19   Q.   So were you also working somewhere
20 else?
21   A.   Yes, sir.
22   Q.   Where else were you working?
23   A.   I work in New York Regent, Wall
24 Street.  Regent Hotel at 55 Wall Street.  I'm
25 a full-time banquet waiter there.  And I also

Page 8

1          J. Laut
2 like, for instance, banquet at the Regent is
3 mostly lunch.  And so I work only breakfast
4 at the Rihga Royal.  So many times, you know,
5 when they get call at the Pierre, mostly
6 dinner.  So I was able to manage.
7    Q.   So you were working the B list at
8 the Pierre until 2005, and then what happened
9 in 2005?
10   A.   I became full-time at the Pierre.
11   Q.   And how did that happen?
12   A.   Someone retired.
13   Q.   Somebody retired?
14   A.   Yes.
15   Q.   And what kind of process did you
16 have to go through?
17   A.   They go by seniority.
18   Q.   It went by seniority?
19   A.   Yes.  In the B list.
20   Q.   So you had moved up the seniority
21 on the B list and you were the next one?
22   A.   Yeah.
23   Q.   You didn't have to go through any
24 interview process or anything?
25   A.   No.

Page 7

1          J. Laut
2 work at that time at the Rihga Royal Hotel.
3 Right now it's London New York.  Back then it
4 was Rihga Royal Hotel on 55th Street.
5    Q.   So you had a full-time job and a
6 number of part-time jobs?
7    A.   Yes.
8    Q.   Did you sometimes get called for
9 two jobs at the same time?
10   A.   Sometimes.
11   Q.   And how would you pick between one
12 and the other?
13   A.   Well, depending on which --
14 sometimes when there is party like say at the
15 Pierre where it conflict with my regular job,
16 they would tell me this is important party
17 and I need you to be here, and I choose to
18 come to whichever party.
19   Q.   You would weigh which one was more
20 important?
21   A.   Sometimes money-wise, sometimes the
22 input.
23   Q.   Did you ever sleep?
24   A.   Well, I don't know if you know, but
25 the nature of the banquet, we sometimes --

Page 9

1          J. Laut
2    Q.   Once you became full-time on the
3 A list -- that's what it was called; right?
4    A.   Yes.
5    Q.   Did you keep working also your
6 other part-time jobs, or you gave them up?
7    A.   I gave them up, yes.
8    Q.   And did you also give up your other
9 full-time job?
10   A.   That already -- just before I get
11 to the full-time, that place already close on
12 55 Wall Street.
13   Q.   Can you tell us what is the work of
14 an A list waiter?  What do you do?
15   A.   We get call.  We have assigned
16 table.  And basically you have to make sure
17 that the guests get the best service there.
18   Q.   Do you have to set up the tables,
19 or is that --
20   A.   Yes, we do.
21   Q.   -- someone else's job?
22   A.   Yes, we have to set up and
23 sometimes close, depending on your rotation.
24   Q.   What do you mean depending on the
25 rotation?

3 (Pages 6 to 9)

Jay Laut

Page 10

1        J. Laut
2    A.   Well, sometimes if you get called,
3 if you're in the first -- in the beginning of
4 rotation, you might be setting up, and if
5 you're in the last rotations, you might be
6 closing.
7    Q.   And closing would mean what,
8 bussing?
9    A.   Bussing, yes.
10    Q.   There's not busboys cleaning off
11 the tables?  The waiters do the job?
12    A.   Yeah.  We all do that.  We all do
13 the whole thing, everything.
14    Q.   Do the waiters get involved at all
15 in meetings with the guests who are having
16 affairs?
17        MS. STOLL:  Are you talking about
18    in the planning stages?
19        MR. SCHWARTZ:  Right, in the
20    planning stages.    .
21    Q.   Do you get involved in the planning
22 of any events as a waiter?
23    A.   As a waiter, planning, no.
24    Q.   That's all done by the captains?
25    A.   Yes.

Page 11

1        J. Laut
2    Q.   And the head waiter?
3    A.   Yes.
4    Q.   And, generally, during an event
5 when do you find out what the plan is for the
6 event?  The day you go there or earlier than
7 that?
8    A.   The day we go.
9    Q.   And you find out your assignment
10 the day you go there?
11    A.   Yes.
12    Q.   How was it that you found out that
13 there was an opening for a captain's position
14 in February 2007?
15    A.   It was in the bulletin board.
16    Q.   And you filled out an application?
17    A.   Yes, I do.
18    Q.   After you filled out the
19 application, what happened next?
20    A.   And then they will schedule you for
21 interview.
22    Q.   And they did schedule you for an
23 interview?
24    A.   Yes.
25    Q.   And who interviewed you?

Page 12

1        J. Laut
2    A.   The first time was Chris Edmund.
3    Q.   And after you spoke to Mr. Edmund,
4 he talked to you?
5    A.   Yes.
6    Q.   And did he say anything at the end
7 of your interview about how you had done or
8 what your prospects were?
9    A.   Good job.
10    Q.   He said, "Good job"?
11    A.   Yeah.
12    Q.   At some point there was a weekend
13 where you worked, you actually worked as a
14 captain sometime in March 2007?
15    A.   March 2000?
16    Q.   Seven.
17    A.   Weekend.
18    Q.   Yes.
19    A.   You said weekend?  No.
20    Q.   Weekday?
21    A.   Weekday, yes.
22    Q.   Was it one day or more --
23    A.   Yes, one day.
24    Q.   -- than one day?
25    A.   Actually, few hours.

Page 13

1        J. Laut
2    Q.   A few hours?
3    A.   A few hours.  I didn't complete the
4 day.
5    Q.   Before that day happened had you
6 had a second interview?
7    A.   Second interview with?
8    Q.   With somebody in connection with a
9 job.
10    A.   Yes.
11    Q.   Who had you had the second
12 interview with?
13    A.   I interviewed with Bill Spinner.
14    Q.   And did he say anything to you
15 after that interview about your prospects for
16 the job?
17    A.   No.
18    Q.   He just interviewed you and said
19 bye-bye?
20    A.   Basically, yes.
21    Q.   How was it that you came to go to
22 work one day as a captain?
23    A.   Because Chris Edmund -- I had
24 spoken to Chris Edmund after the interview.
25 He said I did great and --

4 (Pages 10 to 13)

**ESQUIRE DEPOSITION SERVICES, LLC.**
**1-800-944-9454**

**Jay Laut**

Page 14

```
1              J. Laut
2    Q.  After the interview with him?
3    A.  With Bill Spinner.  He said I did
4 -- you know, I asked him how is it, and he
5 said I did great.  And he said you have done
6 so far excellent throughout the whole
7 interview process, you had been excellent in
8 terms of preparations, in terms of your job
9 performance, your track record, all those I'm
10 above, I'm by far was excel and was the first
11 in all aspect.
12    Q.  And what else did he say?
13    A.  I don't know if that was the day or
14 the day after.  Well, there are few days.
15 Let me recall.  Within that two, three days,
16 every day I went to him, I said, how's
17 everything, how is my prospect.  And there
18 was one day that he said, you're going to get
19 it, you will be -- you are the chosen, you
20 know, you will be the one that they pick that
21 will be the captain.  So I said when, and I
22 confronted him, I said, when do I start,
23 because he's the director of banquet.  So he
24 had mentioned to me that you can start next
25 week.
```

Page 15

```
1              J. Laut
2    Q.  He said you could start next week?
3    A.  Next week.
4    Q.  And what did you say?
5    A.  Excellent.  Can I go and -- go
6 ahead and -- would you tell the captain,
7 because the captain make the schedule.  Would
8 you go to the captain and tell them to put me
9 on schedule.  And he said he would.
10    Q.  So then did you wind up on a
11 schedule?
12    A.  Yes.
13    Q.  So he had to have told the captain,
14 the other captains to do that in order for
15 that to happen?
16    A.  Either he did or I also went to
17 captain and told the captain that he had
18 made, you know, he had give green light here
19 okay.  So, actually, they also went to him
20 and ask him.
21    Q.  Which captain did you speak to?
22    A.  I think almost all of them.
23    Q.  Including Mr. Racic?
24    A.  Yes.
25    Q.  And then as far as you know, they
```

Page 16

```
1              J. Laut
2 checked with Mr. Edmunds?
3    A.  I'm almost certain.
4    Q.  And then did your name actually
5 appear on a schedule to come in as a captain?
6    A.  My?
7    Q.  Your name.
8    A.  My name, yes.
9    Q.  It was posted?
10    A.  On a schedule, yes.  I don't think
11 we post our schedule.  No.  We don't post our
12 schedule.
13    Q.  They just know it amongst the
14 group?
15    A.  Yes, among the captains.  We have
16 our schedule.  Every week we were given the
17 weekly schedule by the captain, by the
18 secretary.  Well, not the secretary.  The
19 captain that do the schedule.
20    Q.  And then after you knew you were on
21 the schedule, what did you do next in
22 connection with this captain job?
23    A.  Well, let me just say, the captain
24 that do the schedule is Eddie Lezcano.  He
25 had called me and he told me that you will
```

Page 17

```
1              J. Laut
2 start on Wednesday, which is March 21st.  So
3 on the -- is it okay?  I mean I --
4    Q.  Yes, it's fine.
5    A.  I mean, you know.
6    Q.  That's fine.
7    A.  Okay.  So March 20th I had called
8 Chris Edmund that I just want to make sure
9 that because -- let me go back.  Prior to
10 that I had spoken to Chris Edmund.  I said,
11 you are the director of banquet.  I just want
12 to -- I just want you to make sure -- I just
13 want you to post my position that I am the
14 newly hired captain, put it on the board so
15 it become like official.  He said, no
16 problem.  He said he will have that -- he
17 will have to call human resource, he will
18 have to let general manager know and become
19 official, so -- but that's just a process.
20 So he's the director of banquet.  He's the
21 department head.  His word is golden.  So
22 whatever he said, this is just the process.
23 And knowing from the captain previously, they
24 have director of banquet, once they decided
25 who is the person, the captain, the newly --
```

5 (Pages 14 to 17)

**ESQUIRE DEPOSITION SERVICES, LLC.**
**1-800-944-9454**

**Jay Laut**

Page 18

1        J. Laut
2 new captain, then the job is done. That's
3 what's in the past. But I'm coming from
4 other hotel, which this is the process, too,
5 but before that they also have posted the
6 newly, you know, just to official maybe put
7 it in the bulletin board who is the promoted,
8 who such and such person got promoted from
9 this department to that department or from
10 within the same department.
11       On the 20th I had made a phone call
12 to -- just the day -- one day prior to the
13 commencing of the captain position that I
14 newly -- where I started job, so I call
15 Mr. Edmund on his cell phone that I just -- I
16 said -- I left a message. He didn't pick up
17 the phone. I said I just want to make sure
18 that you have spoken to HR and you have
19 spoken to general manager. I know that you
20 told me that I'm going to start this week,
21 and I will be coming in tomorrow morning.
22 And I hung up. And the next day, which is
23 Wednesday, which is March 21st, that was my
24 day to start, not the weekend.
25     Q.  Okay. So after you left that

Page 19

1        J. Laut
2 message, then what did you do in connection
3 with this job? Did you have to get a special
4 tuxedo made?
5     A.  Tuxedo.
6     Q.  Yes. Or uniform?
7     A.  Yes.
8     Q.  Did that have to get made up by the
9 hotel?
10    A.  Yes. That morning.
11    Q.  Wednesday?
12    A.  Yes. I had the tuxedo made up.
13 No. There was -- no. No. That was the day
14 that -- the lady downstairs had the tuxedo.
15 It was somebody else's tuxedo. I still have
16 it. They just changed the tag. That was
17 probably from a retired captain or whoever.
18 It was a little bigger than my size, and that
19 was the tuxedo that was given to me. I was
20 still wearing my regular pant, my waiter
21 pants, and just a tuxedo.
22    Q.  Did it have to be adjusted at all
23 or you just put it on even though it was a
24 little large for you?
25    A.  I just have to -- I just put it on,

Page 20

1        J. Laut
2 yeah. I still remember. It's still ripped
3 over here.
4     Q.  So you came to work that day, you
5 put on your captain's tuxedo?
6     A.  Tuxedo.
7     Q.  And then what happened?
8     A.  Then I started to work as a
9 captain. But at that time I think I was -
10 because I was new, so I was kind of like
11 trailing. The captain would tell me, okay,
12 you take care of these sections, this room,
13 and I'll take care of the bigger room.
14    Q.  Who did you trail?
15    A.  I trailed with both -- it was Joe,
16 Joe and Jack.
17    Q.  Jack Racic?
18    A.  Jack Racic, yeah.
19    Q.  Did he say anything to you?
20       MS. STOLL:  Who he?
21    Q.  That day? Jack Racic.
22    A.  Jack Racic?
23    Q.  Yeah, about you getting the job.
24    A.  No. Congratulations. I- certainly
25 -- I don't remember, but I think, you know,

Page 21

1        J. Laut
2 everyone see me with tuxedo. Well, actually,
3 they know. Let me go back to March 17 on
4 weekend. There was a St. Patrick's parade.
5 I had -- that was after Chris Edmund, you
6 know, had spoken to me that, yes, you're
7 going to be the next captain, you have done
8 excellent in all aspects. So on that day I
9 had gathered all the waiters, I was the
10 delegate of the waiters, and I announced that
11 I will resign from my delegate-ship because
12 I'm going to start to be a captain starting
13 from next week. That day was Saturday.
14    Q.  So did Jack say anything to you
15 about getting the position?
16    A.  He knows that I'm going to work, so
17 I don't -- you think I remember every word
18 that people say on that day, no. A lot of
19 people were just congratulating me.
20    Q.  Did he say anything to you before
21 that weekend saying you're the best, you
22 should get it, the captains all want you to
23 get it, anything like that?
24    A.  I don't remember. I know I'm the
25 best for that candidate.

6 (Pages 18 to 21)

**EXHIBIT C**

EXHIBIT

Plfs 16

4-29-08

①

The Pierre
New York

A Taj Hotel

Griselda Bielinski                     3/30/7

@ Pierre: 21 yrs.   Banquet waiters

schedule: flexible

kind of function: receptions, bus. lunches,
coffee breaks; social: weddings,
Christenings, private parties.

favorite: all of them: very diff.
diff. music; weddings are
very special; it is nice to see
people being so happy + thanking me.

your reg. day when scheduled to work a
wedding:
either: reception, tables, closing
reception: make tables look pretty
very clean + perfect.
we are on stage & we have to
perform: being kind; make guests
feel that they are very important.
then we serve: we work as a
team: 10 covers per table:
five waiters; offer anything:
"My name is Gigi: I will attend to
you all night! can I offer
anything to drink...

D0149



*The Pierre*
*New York*

A Taj Hotel

shift @ Captain: — Supervising waiters
make sure standards are follow,
tell waiters to make this look
nice : for the guest.
meet guests expectation
— I will come early & be aware
of complete function
— who is the person in charge
— brief waiters : set - up,
flowers ; make sure they have all
materials they need.
— meet with rep. of party / guest:
offer drinks;
— review program for the day
— make changes if required
— be as gracious & polite as
possible
— attend to all changes that guest
is request ; if I can resolve,
I will do it ; if not : speak to
manager
— make sure that guests when
they leave are satisfied ; thank
them for being @ T.P : best place
in NY.
— then finish paperwork in office
— start review of event ;
document everything.

D0150



*The Pierre*

New York

A Taj Hotel

— Go back to room: insure that
waiters did the right job
cleaning up.

An

what if guest complains about food:
— if guest does not like meat:
offer alternative dish: chicken, fish

Before the party: I speak to Chef:
what are the vegetables;
what fish do you have;
guests may have diff. wishes;
I want to be prepared & know
the menu;

attend to individual diet requests

Captain is link bet. guest & workers:
represent managers; find
solutions in case of a complaint.

I know job from A to Z: you
can test me any time

D0151

**EXHIBIT D**

Heiko Kuenstle

Page 1

1

2          UNITED STATES DISTRICT COURT

3          SOUTHERN DISTRICT OF NEW YORK

4

5    GRISELDA BIELINSKI and MARIO    )

     PARDO,                          )

6                                    )

              Plaintiffs,        Case No.

7                                07 Civ. 11636

         vs.                     (SS)

8                                    )

     HOTEL PIERRE,                   )

9                                    )

              Defendant.             )

10                                   )

     -------------------------------)

11

12

13       DEPOSITION OF HEIKO KUENSTLE

14            New York, New York

15          Tuesday, April 29, 2008

16

17

18

19

20

21

22

23

24 Reported by:

   TAMI H. TAKAHASHI, RPR, CSR

25 JOB NO. 202786C

**Heiko Kuenstle**

Page 18

```
 1              Kuenstel
 2 about Ms. Bielinski?
 3    A.  He was impressed with the way Gigi
 4 came across from a service standpoint.  Very
 5 dedicated, very service-oriented.  I don't
 6 remember more than that of the conversation.
 7    Q.  Did he say that she was very
 8 passionate about the job?
 9    A.  He may have said that.  I'm not
10 sure.  As I said, I don't recall more than
11 that.
12    Q.  Did he tell you that he thought she
13 was an excellent candidate for the job?
14    A.  He definitely said she is a
15 candidate.  Whether he would have said
16 excellent or superb, I don't know.  But
17 certainly she was a candidate, clearly.
18    Q.  No, no, no.  But his -- how did he
19 evaluate her?  Did he say, she's the best one
20 to hire, or she's really good to hire?
21    A.  Among the ones that he interviewed,
22 he said that Gigi's -- would be the stronger
23 candidate, yes.
24    Q.  All right.  What did he say about
25 Mr. Pardo?
```

Page 19

```
 1              Kuenstel
 2    A.  Mario made some comments that
 3 Christian found -- I don't know if you call
 4 it disturbing -- in the interview process in
 5 regard -- you have his -- you have his
 6 interview.  It's probably in there -- in
 7 regards to being at a point in his life where
 8 he doesn't want to carry trays anymore.
 9        That's clearly not something that
10 we would want to consider a reason of a
11 promotion to that position.
12    Q.  All right.  So, he gave you his
13 impressions?
14    A.  Um-hum.
15    Q.  And you had spoken to Mr. Laut.
16 What happened after that?
17    A.  After that, I made a decision,
18 which I shared with Yvonne, my director of
19 Human Resources; Bill Spinner, director of
20 catering; and Christian I'm sure was there.
21        And I -- I felt that Jay was the --
22 of the three, the most suitable candidate for
23 the promotion.  And that's how I proceeded.
24    Q.  Why was that?  Why did you feel
25 that way given that you hadn't interviewed
```

Page 20

```
 1              Kuenstel
 2 Ms. Bielinski?
 3    A.  You don't have to make every
 4 interview yourself in order to evaluate the
 5 candidate.  There -- if I look at -- at
 6 Christian -- what Christian said about her
 7 ability, I can see that because I've observed
 8 in many banquets Gigi very attentative with
 9 the guests, et cetera.
10        But there's a distinct difference
11 between being a waiter and -- a banquet
12 waiter and a banquet captain.  A banquet
13 captain is somewhat between a line staff
14 position and a managerial position.  There's
15 supervisory tasks that you fulfill in that
16 position, meaning you oversee the waiters.
17 You want to make sure that they do the right
18 things, that they extend the best level of
19 service.  You're free from them having a
20 station yourself.  So, you have the ability
21 to coordinate certain things and supervise
22 them.
23        And although I felt, when I
24 compared Jay and Gigi's qualifications,
25 attitude, willingness of extending service,
```

Page 21

```
 1              Kuenstel
 2 trying to improve the service in banquet,
 3 et cetera and their participation for it, I
 4 think they would have rated equally strong.
 5        Where, for me, the difference there
 6 was Jay was a delegate before.  And it is an
 7 elected -- as you know, an elected position
 8 among -- or I don't know how else to describe
 9 it.  Among the waiters.
10        And in that, you fulfill, as much
11 as I can see and in my interactions with
12 delegates, a supervisory role.  You -- you
13 express concerns of the group directly with
14 management, sometimes me, sometimes my
15 director of Human Resources, sometimes the
16 division head or the department head.
17        And in that position, as a
18 delegate, you try to find compromises
19 whenever possible.  That experience of Jay, I
20 felt, was a key ingredient why I felt
21 strongly that he's more qualified for the
22 captain position.  Because it's not just how
23 you extend service.
24        As I said, there's this leadership
25 role.  And there I felt he simply was
```

6 (Pages 18 to 21)

**EXHIBIT E**

Page 1

1

2             UNITED STATES DISTRICT COURT

3             SOUTHERN DISTRICT OF NEW YORK

4

5   GRISELDA BIELINSKI and MARIO     )
    PARDO,                           )
6                                    )
              Plaintiffs,         Case No.
7                                 07 Civ. 11636
         vs.                      (SS)
8                                    )
    HOTEL PIERRE,                    )
9                                    )
              Defendant.             )
10                                   )
    -------------------------------)
11

12

13       DEPOSITION OF CHRISTOPHER EDMONDS

14              New York, New York

15           Tuesday, April 29, 2008

16

17

18

19

20

21

22

23

24  Reported by:
    TAMI H. TAKAHASHI, RPR, CSR
25  JOB NO. 202786A

**Christopher Edmonds**

Page 26

Edmonds

1
2    A.  I -- I met with one gentleman who
3 was working at the -- he was working next
4 door at the Metropolitan Club, but only as
5 somebody that was applying for the job and
6 that I knew him from -- from next door, and
7 that he was applying.  He heard about it
8 through the union.  He was applying for the
9 job.  I didn't -- I didn't interview him
10 directly, no.
11    Q.  Did you and your assistants have
12 any discussion about who the best -- before
13 the interviews began, about who the best
14 candidates were in informal discussions?
15    A.  Talked about who the strong -- who
16 the strongest people were that could be
17 possibilities, yes.
18    Q.  Yeah?
19    A.  Yes, sure.
20    Q.  How many times did you guys talk
21 about it?
22    A.  I don't know.
23    Q.  Frequently?
24    A.  No.
25    Q.  Two, three times?

Page 28

Edmonds

1
2 about, the six people that I just
3 mentioned -- the five people I just
4 mentioned, but only in passing.  It was,
5 thank you for your opinion, basically.  Thank
6 you for your thoughts on this, you know.
7    Q.  Did they have regular interaction
8 with the waiters or -- or -- or occasional
9 interaction with the waiters?
10    A.  They do have relatively regular
11 interaction with the waiters.
12    Q.  Did you have any discussions with
13 the other captains about who they thought was
14 the best candidate?
15    A.  Each one of them approached me with
16 what their opinions were.
17    Q.  Did they have different opinions?
18    A.  Yes.
19    Q.  Did -- when they gave you their
20 opinions, did they generally explain why they
21 had whatever opinion they had?
22    A.  Each one, from what I remember,
23 yes, what their reasoning was.
24    Q.  Did any of them -- did any of them
25 say that they thought the best candidate was

Page 27

Edmonds

1
2    A.  Maybe a couple times more than
3 that.
4    Q.  And was there some consensus
5 between the three of who were the strongest
6 candidates?
7    A.  There was.
8    Q.  And what was that -- who were the
9 stronger candidates at that point?
10    A.  At that point in time, Jay Laut,
11 Lou Koshkoshi, Jose Fernandez, Gigi
12 Bielinski, Mario Pardo.  Oh, sorry.  Terry --
13 Terry Rungoo -- Teeluk Rungoo.  Those are the
14 names that really -- that stood out, that I
15 remember.
16    Q.  All right.  And did they have
17 similar discussions with Mr. Spinner and
18 Mr. Rose?
19    A.  Yes.
20    Q.  And did they have opinions about
21 who the strong candidates were?
22    A.  No.
23    Q.  They didn't?
24    A.  They -- they took -- they -- they
25 took the people that I -- that we spoke

Page 29

Edmonds

1
2 Mr. Pardo?
3    A.  Each one suggested several people.
4 Mr. Pardo was definitely mentioned.
5    Q.  Was Ms. Bielinski mentioned by
6 anyone?
7    A.  She was mentioned, also.
8    Q.  And Mr. Laut was mentioned?
9    A.  Mr. Laut was mentioned, also.
10    Q.  Did they all mention Mr. Laut?
11    A.  He was one of the -- one of the --
12 he was definitely one of the ones that there
13 was -- mentioned by several of the captains.
14    Q.  Now, some time shortly after the
15 notice, Exhibit A -- Exhibit 1 got posted,
16 February 12th, Mr. -- at least according to
17 testimony, Mr. Laut began to tell people that
18 he got the job.
19        MS. STOLL:  I'm sorry.  Can you
20    repeat that question.
21        MR. SCHWARTZ:  Actually, it didn't
22    turn into a question yet.
23        MS. STOLL:  Oh, okay.
24 BY MR. SCHWARTZ:
25    Q.  Mr. Laut, according to testimony,

8 (Pages 26 to 29)