UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

GRISELDA BIELINSKI and MARIO PARDO,

                      Plaintiffs,

          - against -

HOTEL PIERRE,

                  Defendant.

------------------------------------------------------------------- x

07 Civ. 11636 (SS)(JCF)

DECLARATION OF
GRISELDA BIELINSKI
IN OPPOSITION TO MOTION
FOR SUMMARY JUDGMENT

Griselda Bielinski declares, under penalty of perjury, as follows:

1.      I am one of the plaintiffs in this action.

2.      It is my belief, based on more than 20 years of work as a Banquet Server at the Hotel Pierre, that Banquet Captains are part of management. They supervise servers, set the hours of servers, determine the work assignments of servers, and critique the work of servers.

3.      Jay Laut did not become a full-time employee of the Pierre until 2005, when he became an "A List" waiter. All of his previous work was part-time, sporadic work as a relief, or part-time waiter, working off of what is known as the "B List."

4.      Jay Laut announced his appointment to the Banquet Captain position on March 17, 2007, before I received my second interview fo the position. I complained around March 19, 2007 in writing (Exhibit F) and in person. Nevertheless, on March 21, Mr. Laut was given a Captain's tuxedo, put on the Captains' schedule, and worked as a Captain.

5.      At the meeting with Ms. Mancini I referenced the fact that I had been denigrated by one of the Captains because of my age. At that time I gave Ms. Mancini my March 16, 2007

letter to Union President Peter Ward (Exhibit G) which outlined the statements made to me by Captain Jack Racic.

6.      I had complained to Ms. Mancini as early as February 21, 2007 that Mr. Laut was rumored to have been designated by the other Captains for the job (see Exhibit H).   The comments I listed in the Ward letter of March 16, 2007 (Exhibit G) were made prior to February 21, 2007.  I made a point in that letter that Mr. Laut had only been a full-time employee for three years.  (In fact, he had been employed full time by the Pierre for only two years.)

7.      Annexed as Exhibit I is my February 2007 "Employee Development Review." Exhibit J is Mario Pardo's February 2007 Review, and Exhibit K is Jay Laut's February 2007 Review.  I was the only one whose "Career Planning" section stated that I would be "a strong candidate" for the position of Banquet Captain.

Dated: New York, New York
       September 8, 2008

_____
Griselda Bielinski

**EXHIBIT F**

EXHIBIT

PIH3:  5
4-29-68    II

Mr Heiko Keunstle                                      March 2007

General Manager, Pierre Hotel

Ms. Ivone Mancini

Director Human Resource

FROM:—

ALL BANQUET Employee's is VERY UPSET & FELT Discriminned, ABOUT THE UNFAIR DECISION FOR THE

)    PROMOTION ←→

BECAUSE THERE IS Employees with 21 & YEARS OVER with LOYAL Service, GOOD RECORD, NIGHTS & DAYS, MORETIME HERE, THAN THERE Family's Also with THOSE ANNUAL SURVEY, YEARS AFTER YEARS, with Various Department HEADS (WHAT THAT Suppose TO MEANS A 3 YEARS Employees V/S 21 YEARS Service BECAUSE OF AGE, RACE, BACKGROUND OR LOOKS, MUST BE SOME-SHORT Discrimination.'

2/ FURTHERMORE! THE EXISTING CAPTAINS "WHO IS SO CALL SHORSTEWARD" is DECIDING (with WHO, THEY WANT TO WORK with BECAUSE HE HAVE CONNETION with EXECUTIVE BOARD IN UNION OFFICE, TO GAIN power & BACK UP, by Imposing WHO SHOULD be promoted FOR THE position, BECAUSE OF Delegate OR EX Delegate, WHICH HAVE NO BEARING, BECAUSE ARE CHANGE EVERY YEAR, ON Delegates—

WHICH REFLECT STRONGLY ON MANAGEMENT is giving PREFERENCE BY CREATING A CONFLICT OF INTEREST.

3/ With HIGH RESPECT TO OUR G.M. AND HUMAN RESOURCE DEPARTMEN

WE ASK TO RE-CONSIDER (ALSO IN THE PAST BEFORE, With FOUR SEASONS, THE SAME CAPTAINS pull THE TRICK, WE ARE A TAJ FAMILY, WE ALL WHNT TO BE TREATED FAIR.

SIR,

WE THANK YOU.' WE DO NOT WANT TO MEET THE COMMISSION OFFICE FOR JUSTICE.'

RESPECTFULLY YOURS

**EXHIBIT G**

Griselda Bielinski
60 W 57th ST
NEW YORK, NY 10019



March 16th, 2007

MR. PETER WARD
PRESIDENT OF LOCAL 6

Dear MR. WARD:

In regard to the application that I have made for the open position of Capitan at the Banquet Department at the Pierre Hotel which is presently being decided; I am bringing to your attention and knowledge to the comments and remarks made by Captain of the Banquet Department who are themselves known as "the ruling click of the Department" (Union Insiders).

" You are too old to be named Captain"

" You are nothing more than a Coffee Shop waitress"

" GiGi will never be a Captain at the Pierre Hotel"

" Over my dead body"

" You have plenty of opportunity in 2 or 3 YEARS"

" Don't do anything "

" We are really the ones who make the decisions or promotions at this department"

" All of us, with the exemption of one, we have been Delegates and that will remain; so, GiGi, you have no chance to become one"

I am also enclosing with the present note, photocopies of correspondence that I have surrendered at the Department of Human Resources. All this is related to my application for the before mentioned position.

with thanks, I am,

Respectfully yours,
Griselda Bielinski

**EXHIBIT H**

EXHIBIT

Piffs    2

4-29-08        T

2/21/07

Human Resource
Prerre Hotel

Mr. Ivone Mancine

All the applicants who signed bellow for the opening as
Captain at the Banquet Department are very much concern
and preoccupied for the manner or method of doing it.

We the group who applied for this promotion are employees for
the last 21 years, very loyal, consistant, good hard workers indivi-
dual with very good records; proved by the annual Survey
done by the head of our Department

Our fear are that the selection for the next Captain will be
done in a very particular way: Selecting an individual who is
working with us for 3 years; also is a Member of the Board of
Director at our Union: this reflect that management is giving a
preference, creating a conflict of interest.

The reason of "being" or Raison d'etre" of our Union is to insure
fair treatment to everybody and every one to its general membership.
nd not to attempt to impose a member of the Board of Directors
of the Union "our Union" for a prized position.

At this of the expense of a significant sized group of more
[illegible] "plain Union workers"

**EXHIBIT I**



ENTERED

*The Pierre*
*New York*

A Taj Hotel

## EMPLOYEE DEVELOPMENT REVIEW

NAME: ___Griselda Bielinski___

SIGNATURE: ___*GBielinski*___

REVIEWING MANAGER: Christopher Edmonds

SIGNATURE: ___*C. Edwards*___

DIVISION HEAD: Gerard Madani

DATE OF REVIEW: ___2/13/07___

TIME IN THIS POSITION: _____

EXHIBIT
Plffs' 9
4.29.09    TT

D0019

*Part 1.*        *Situation Overview*

*Comment on any factors affecting the employee or the department, which should be borne in mind when examining this review:*

*Part 2. Achievements*

*Comment on any specific employee achievements since the last review:*

*Part 3.*        *Review of the Employee Skills*

| Area of Review | Below Expectations | Meets Expectations | Exceeds Expectations |
|---|---|---|---|
| **A.   Getting Things Done** | | | |
| 1.  Takes Responsibility for Getting work done. | | | X |
| 2.  Follows up; Completes the job. | | X | |
| 3.  Finishes the job on time. | | X | |
| 4.  Organizes own work effectively. | | X | |
| 5.  Works with minimal supervision. | | X | |
| **B.   Problem Solving** | | | |
| 1.  Knows when to take action without being told. | | X | |
| 2.  Asks for help as appropriate. | | X | |
| 3.  Sets appropriate priorities. | | X | |
| 4.  Stays objective in trying situations. | | X | |
| **C.   Good Judgement** | | | |
| 1.  Understands the Departmental Objectives. | | X | |
| 2.  Complies with Safety Procedures. | | X | |
| 3.  Efficiently uses hotel equipment. | | X | |
| 4.  Controls waste of hotel supplies. | | X | |
| 5.  Maintains a neat work area. | | X | |

D0020

| D. | *Desire for Excellence* | | | |
|---|---|---|---|---|
| | *1. Follows up on details.* | | X | |
| | *2. Does things right the first time.* | | X | |
| | *3. Shows pride in extending service.* | | X | |
| | *4. Strives to meet guest(s) needs.* | | X | |
| | *5. Observes hotel procedures.* | | X | |
| | *6. Demonstrates Taj philosophy & values.* | | X | |

| | *Area of Review* | Below Expectations | Meets Expectations | Exceeds Expectations |
|---|---|---|---|---|
| E. | *Flexibility* | | | |
| | 1. Quickly adapts to changes. | | X | |
| | 2. Maintains poise and composure. | | X | |
| | 3. Handles criticism and pressure. | | X | |
| | 4. Open to the views of others. | | X | |
| | 5. Handles competing priorities. | | X | |
| F. | *Team Player* | | | |
| | 1. Has dependable attendance. | | X | |
| | 2. Cooperates with other staff. | | X | |
| | 3. Understands the Big Picture. | | X | |
| | 4. Pitches in to help others. | | X | |
| | 5. Communicates well with co-workers. | | X | |
| G. | *Interpersonal Skills* | | | |
| | 1. Has the trust of co-workers. | | X | |
| | 2. Shows consideration for others. | | X | |
| | 3. Is friendly to guests and staff. | | | X |
| | 4. Treats others with respect. | | X | |
| | 5. Listens to what others have to say. | | X | |
| | 6. Is fair with others. | | X | |

D0021

| H. | Specific Job Skills | | | |
|---|---|---|---|---|
| | 1. Knows all parts of the job. | | X | |
| | 2. Does high quality of work. | | X | |
| | 3. Consistently meets all standards. | | X | |
| | 4. Exhibits appropriate grooming. | | X | |
| | | | | |
| | OVERALL RATING | | X | |

## Part 4.        Summary

What are the employees strong points?

-Always willing to work extra.
-GG is very personable with all guests.

What areas need improvement?

**Improve Service Consistency for all staff.**

## Part 5.        Career Planning

What other positions, if any appear to be a reasonable next move for this employee?

GG is a strong candidate for the position of Banquet Captain.

Special training required or development planned to help achieve the employee's goals?

**Attend Mandatory Training Sessions during Spring 2007, with the intention to improve all Banquet Service Standards.**

## Part 6: Employee Comments or Suggestions:

**EXHIBIT J**



*The Pier* ENTERED
*New York*

A Taj Hotel

## EMPLOYEE  DEVELOPMENT REVIEW

NAME: _____ Mario Pardo _____

SIGNATURE: _____ X ~~Mario~~ *Mario Pardo.* _____

REVIEWING MANAGER: Christopher Edmonds _____

SIGNATURE: _____ *C. Edmds* _____

DIVISION HEAD: Gerard Madani _____

DATE OF REVIEW: _____ 2/8/07 _____

TIME IN THIS POSITION: _____

EXHIBIT
*D1H3* 10
4.29.08    17

D0068

*Part 1.*     ***Situation Overview***

*Comment on any factors affecting the employee or the department, which should be borne in mind when examining this review:*

The Banquets department is continuing to build on the increased business for 2007 and is building on expectations due to the renovations in banquets. In respect to the past year, due to the renovations, we lost some business due to the fact that Sales was unable to book due to the pending and completed renovations. We lost some business during the first quarter when guest rooms were tentatively to be renovated and then the banquet rooms when renovations took place during August, the beginning of September and the end of December. The outlook for the future seems excellent with the Plaza still closed and the closing of several other competitors in the immediate area.

We will build on the individual training of each of our staff members in respects to their specific needs and how it will keep up with the core standards for Taj. In turn our associates will learn and grow within the Taj to bettering themselves while providing our guests with exceptional service.

We foresee a very strong future for the banquet department in every aspect. We are very pleased with the renovations, and look forward to the renovations of the guest rooms expecting this to help increase the amount of corporate and group booking and will help bring back some of our old clientele. We are anxious for the overall renovation project for the entire hotel, as it will only help increase our overall revenue.

*Part 2. Achievements*

*Comment on any specific employee achievements since the last review:*

*Part 3.*     ***Review of the Employee Skills***

| *Area of Review* | Below Expectations | Meets Expectations | Exceeds Expectations |
|---|---|---|---|
| *A.*     ***Getting Things Done*** | | | |
| *1. Takes Responsibility for Getting work done.* | | | X |
| *2. Follows up; Completes the job.* | | X | |
| *3. Finishes the job on time.* | | X | |
| *4. Organizes own work effectively.* | | X | |
| *5. Works with minimal supervision.* | | | X |
| *B.*     ***Problem Solving*** | | | |

| | | Below Expectations | Meets Expectations | Exceeds Expectations |
|---|---|:---:|:---:|:---:|
| | 1. Knows when to take action without being told. | | X | |
| | 2. Asks for help as appropriate. | | X | |
| | 3. Sets appropriate priorities. | | X | |
| | 4. Stays objective in trying situations. | | X | |
| C. | **Good Judgement** | | | |
| | 1. Understands the Departmental Objectives. | | | X |
| | 2. Complies with Safety Procedures. | | X | |
| | 3. Efficiently uses hotel equipment. | | X | |
| | 4. Controls waste of hotel supplies. | | X | |
| | 5. Maintains a neat work area. | | X | |
| D. | **Desire for Excellence** | | | |
| | 1. Follows up on details. | | | X |
| | 2. Does things right the first time. | | X | |
| | 3. Shows pride in extending service. | | | X |
| | 4. Strives to meet guest(s) needs. | | X | |
| | 5. Observes hotel procedures. | | X | |
| | 6. Demonstrates Taj philosophy & values. | | X | |

| | *Area of Review* | Below Expectations | Meets Expectations | Exceeds Expectations |
|---|---|:---:|:---:|:---:|
| E. | **Flexibility** | | | |
| | 1. Quickly adapts to changes. | | X | |
| | 2. Maintains poise and composure. | | | X |
| | 3. Handles criticism and pressure. | | X | |
| | 4. Open to the views of others. | | | X |
| | 5. Handles competing priorities. | | X | |
| F. | **Team Player** | | | |
| | 1. Has dependable attendance. | | X | |

D0070

| | | | |
|---|---|---|---|
| 2. Cooperates with other staff. | | X | |
| 3. Understands the Big Picture. | | X | |
| 4. Pitches in to help others. | | X | |
| 5. Communicates well with co-workers. | | X | |
| **G.**  *Interpersonal Skills* | | | |
| 1. Has the trust of co-workers. | | | X |
| 2. Shows consideration for others. | | X | |
| 3. Is friendly to guests and staff. | | X | |
| 4. Treats others with respect. | | | X |
| 5. Listens to what others have to say. | | X | |
| 6. Is fair with others. | | X | |
| **H.**  *Specific Job Skills* | | | |
| 1. Knows all parts of the job. | | | X |
| 2. Does high quality of work. | | | X |
| 3. Consistently meets all standards. | | X | |
| 4. Exhibits appropriate grooming. | | X | |
| | | | |
| OVERALL RATING | | X | |

## Part 4.        *Summary*

*What are the employees strong points?*


*Mario is the assistant delegate*
*Has a tremendous amount of knowledge for booking standards and procedures.*
*Very helpful to management*

*What areas need improvement?*

**Improve Service Consistency for all staff.**
*Being an elder statesman, Mario needs to lend his guidance and influence in directing his coworkers.*

## Part 5.        *Career Planning*

*What other positions, if any appear to be a reasonable next move for this employee?*

D0071

*Special training required or development planned to help achieve the employee's goals?*

**Attend Mandatory Training Sessions during Spring 2007,with the intention to improve all Banquet Service Standards.**

**_Part 6: Employee Comments or Suggestions:_**

**EXHIBIT K**



### The Pierre
#### New York

A Taj Hotel

## EMPLOYEE  DEVELOPMENT REVIEW

NAME: _____ Jay Laut _____

SIGNATURE: _____

REVIEWING MANAGER: Christopher Edmonds

SIGNATURE: _____

DIVISION HEAD: Gerard Madani

DATE OF REVIEW: _____ 2/13/07 _____

TIME IN THIS POSITION: _____



EXHIBIT
PHS  11
4-29-08      π

D0115

## Part 1.    *Situation Overview*

*Comment on any factors affecting the employee or the department, which should be borne in mind when examining this review:*

. The Banquets department is continuing to build on the increased business for 2007 and is building on expectations due to the renovations in banquets.  In respect to the past year, due to the renovations, we lost some business due to the fact that Sales was unable to book due to the pending and completed renovations. We lost some business during the first quarter when guest rooms were tentatively to be renovated and then the banquet rooms when renovations took place during August, the beginning of September and the end of December.  The outlook for the future seems excellent with the Plaza still closed and the closing of several other competitors in the immediate area.

We will build on the individual training of each of our staff members in respects to their specific needs and how it will keep up with the core standards for Taj.  In turn our associates will learn and grow within the Taj to bettering themselves while providing our guests with exceptional service.

We foresee a very strong future for the banquet department in every aspect.  We are very pleased with the renovations, and look forward to the renovations of the guest rooms expecting this to help increase the amount of corporate and group booking and will help bring back some of our old clientele.  We are anxious for the overall renovation project for the entire hotel, as it will only help increase our overall revenue.

## *Part 2. Achievements*

*Comment on any specific employee achievements since the last review:*

*Part 3.*     *Review of the Employee Skills*

| | Area of Review | Below Expectations | Meets Expectations | Exceeds Expectations |
|---|---|---|---|---|
| **A.** | **Getting Things Done** | | | |
| | 1. Takes Responsibility for Getting work done. | | | X |
| | 2. Follows up; Completes the job. | | | X |
| | 3. Finishes the job on time. | | X | |
| | 4. Organizes own work effectively. | | X | |
| | 5. Works with minimal supervision. | | X | |
| **B.** | **Problem Solving** | | | |
| | 1. Knows when to take action without being told. | | X | |
| | 2. Asks for help as appropriate. | | X | |
| | 3. Sets appropriate priorities. | | X | |
| | 4. Stays objective in trying situations. | | X | |
| **C.** | **Good Judgement** | | | |
| | 1. Understands the Departmental Objectives. | | X | |
| | 2. Complies with Safety Procedures. | | X | |
| | 3. Efficiently uses hotel equipment. | | X | |
| | 4. Controls waste of hotel supplies. | | X | |
| | 5. Maintains a neat work area. | | | X |
| **D.** | **Desire for Excellence** | | | |
| | 1. Follows up on details. | | X | |
| | 2. Does things right the first time. | | X | |
| | 3. Shows pride in extending service. | | | X |
| | 4. Strives to meet guest(s) needs. | | | X |
| | 5. Observes hotel procedures. | | X | |
| | 6. Demonstrates Taj philosophy & values. | | X | |

D0117

| Area of Review | Below Expectations | Meets Expectations | Exceeds Expectations |
|---|---|---|---|
| **E.    Flexibility** | | | |
| 1. Quickly adapts to changes. | | X | |
| 2. Maintains poise and composure. | | | X |
| 3. Handles criticism and pressure. | | X | |
| 4. Open to the views of others. | | X | |
| 5. Handles competing priorities. | | X | |
| **F.    Team Player** | | | |
| 1. Has dependable attendance. | | X | |
| 2. Cooperates with other staff. | | X | |
| 3. Understands the Big Picture. | | X | |
| 4. Pitches in to help others. | | X | |
| 5. Communicates well with co-workers. | | X | |
| **G.    Interpersonal Skills** | | | |
| 1. Has the trust of co-workers. | | X | |
| 2. Shows consideration for others. | | | X |
| 3. Is friendly to guests and staff. | | | X |
| 4. Treats others with respect. | | X | |
| 5. Listens to what others have to say. | | X | |
| 6. Is fair with others. | | X | |
| **H.    Specific Job Skills** | | | |
| 1. Knows all parts of the job. | | X | |
| 2. Does high quality of work. | | | X |
| 3. Consistently meets all standards. | | X | |
| 4. Exhibits appropriate grooming. | | X | |
| | | | |
| OVERALL RATING | | X | |

D0118

*Part 4.*        *Summary*

*What are the employees strong points?*

*Jay is currently the banquet delegate.*

*He is very helpful to his partner and helps when there is a lack of communication on his behalf.*

*Jay is very considerate and always helps the guests.*

*What areas need improvement?*
**Improve Service Consistency for all staff.**

*Jay needs to lend his experience and say as a delegate to communicate the needs of the management.*

*Part 5.*        *Career Planning*

*What other positions, if any appear to be a reasonable next move for this employee?*

*T.B.D.*

*Special training required or development planned to help achieve the employee's goals?*

**Attend Mandatory Training Sessions during Spring 2007, with the intention to improve all Banquet Service Standards.**

D0119

***Part 6: Employee Comments or Suggestions:***

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

D0120